k

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOSEPH CUNNINGHAM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI MENDOTA,<br><br>　　　　Respondent. | No. 1:25-cv-00180-KES-SKO (HC)<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR COPY OF ANSWER<br><br>[Doc. 14] |

　　　　Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Pending before the Court is Petitioner's motion for copy of answer filed on April 25, 2025. (Doc. 14.) Petitioner is advised that an answer has not yet been filed. As stated in the Court's order of April 9, 2025, the order directing Respondent to file a response was stayed pending resolution of Petitioner's motion to vacate filed on April 7, 2025. (Doc. 11.) On April 22, 2025, the Court vacated the Findings and Recommendations issued on April 9, 2025. (Doc. 13.) In that order, the Court reset the briefing schedule. (Doc. 13.) The deadline to file an answer was moved to May 6, 2025.

　　　　For the foregoing reasons, Petitioner's motion for copy of answer is DISREGARDED.

IT IS SO ORDERED.

Dated:　**May 5, 2025**　　　　　　　　　　　*/s/ Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE

2